**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:  CHRISTOPHER DESROCHER** | **:** | **CHAPTER 13** |
| **GINA MCGEE** | **:** | |
| **Debtors** | **:** | **NO. 23-11975** |

## **ORDER**

AND NOW, this ___20th___ day of ___July___, 2023, upon consideration of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtors, it is hereby ORDERED that the Debtors be granted an extension to **August 4, 2023** in which to file the Debtors' Schedules, Statement of Affairs, Ch13 Income Form 122C-1, Chapter 13 Plan, and two months' income information.

_____ J.
MAGDELINE D. COLEMAN
Chief Bankruptcy Judge