United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                  Case No. 23-11975-mdc

Christopher Desrocher                                                                    Chapter 13

Gina McGee
        Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 20, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2023:**

**Recip ID                          Recipient Name and Address**
db/jdb                         +  Christopher Desrocher, Gina McGee, 3455 W Mill Road, Hatboro, PA 19040-4536

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2023 at the address(es) listed below:**

**Name                          Email Address**

KENNETH E. WEST
                          ecfemails@ph13trustee.com  philaecf@gmail.com

MARK A. CRONIN
                          on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

PAUL H. YOUNG
                          on behalf of Joint Debtor Gina McGee support@ymalaw.com
                          ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
                          ,lesliebrown.paralegal@gmail.com

PAUL H. YOUNG
                          on behalf of Debtor Christopher Desrocher support@ymalaw.com
                          ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
                          ,lesliebrown.paralegal@gmail.com

United States Trustee

District/off: 0313-2                                  User: admin                                          Page 2 of 2
Date Rcvd: Jul 20, 2023                              Form ID: pdf900                                  Total Noticed: 1

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 5

**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  **CHRISTOPHER DESROCHER**   :          **CHAPTER 13**
      **GINA MCGEE**                           :
      **Debtors**                                    :          **NO. 23-11975**

### ORDER

AND NOW, this    20th    day of    July   , 2023, upon consideration

of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtors, it is

hereby ORDERED that the Debtors be granted an extension to **August 4, 2023** in which to file

the Debtors' Schedules, Statement of Affairs, Ch13 Income Form 122C-1, Chapter 13 Plan, and

two months' income information.

_____ J.
     MAGDELINE D. COLEMAN
     Chief Bankruptcy Judge