Certificate Number: 05781-PAE-DE-037770240

Bankruptcy Case Number: 23-11975



05781-PAE-DE-037770240

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 16, 2023, at 8:13 o'clock PM PDT, Gina McGee completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 16, 2023               By:      /s/Allison M Geving

                                         Name:    Allison M Geving

                                         Title:   President