**BUCKS COUNTY TYPE & DESIGN INC**
90 WALKER LANE
NEWTOWN          PA 18940

**CHRISTOPHER M DESROCHER**
EMPLOYEE ID: 102
DEPARTMENT: 6803
DD RECEIPT:   1277742885



FEIN: 23-2597153
Pay Period  06/28/2023 - 07/11/2023
Pay Date    07/14/2023

FITWH   Filing Status: M  Exemptions: 0
PA      Filing Status: M  Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| REG/EARN | 30.00 | 53.80 | 1,614.00 | 913.60 | 27,408.00 |
| OT/EARN | 45.00 | 1.80 | 81.00 | 11.00 | 495.00 |
| Hol | 30.00 | 16.00 | 480.00 | 48.00 | 1,440.00 |
| PTO | 30.00 | 8.00 | 240.00 | 92.00 | 2,760.00 |
| Total |  | 79.60 | $2,415.00 | 1,064.60 | $32,103.00 |
| Total Hours Worked |  | 55.60 |  | 924.60 |  |

| Deductions | CURRENT | YTD |
|---|---|---|
| DISABINS | 14.97 | 207.83 |
| NewtownEMS | 2.00 | 28.00 |
| Total | $16.97 | $235.83 |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| AccPTO | 144.00 | 92.00 | 52.00 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 204.57 | 2,659.14 |
| MED | 35.02 | 465.50 |
| SOC | 149.73 | 1,990.38 |
| PA | 74.14 | 985.57 |
| PAEUC | 1.69 | 22.49 |
| PANE1 | 24.15 | 321.05 |
| Total | $489.30 | $6,444.13 |

| | | |
|---|---|---|
| Net Direct Deposit | XXXXXX4593 | $1,708.73 |
| DirectDP3 | XXXXXX0846 | $200.00 |
| **Net Pay** | XXXXXX4593 | $1,908.73 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

BUCKS COUNTY TYPE & DESIGN INC
90 WALKER LANE
NEWTOWN          PA 18940

Direct Deposit #  1277742885
Date              07/14/2023

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T  D E P O S I T  R E C E I P T **

VOID ** VOID **

Pay to the Order of

6803   DD

**CHRISTOPHER M DESROCHER**
3455 W MILL ROAD
HATBORO PA 19040

DIRECT DEPOSIT $1,708.73
TO ACCOUNT #   XXXXXX4593
BANK #         XXXXXX0834

**N O N - N E G O T I A B L E**

**BUCKS COUNTY TYPE & DESIGN INC**
90 WALKER LANE
NEWTOWN    PA 18940

**CHRISTOPHER M DESROCHER**
EMPLOYEE ID: 102
DEPARTMENT: 6803
DD RECEIPT:    1276296956



FEIN: 23-2597153
Pay Period  06/14/2023 - 06/27/2023
Pay Date    06/30/2023

FITWH    Filing Status: M  Exemptions: 0
PA       Filing Status: M  Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| REG/EARN | 30.00 | 71.40 | 2,142.00 | 859.80 | 25,794.00 |
| OT/EARN |  |  |  | 9.20 | 414.00 |
| Hol |  |  |  | 32.00 | 960.00 |
| PTO | 30.00 | 4.00 | 120.00 | 84.00 | 2,520.00 |
| Total |  | 75.40 | $2,262.00 | 985.00 | $29,688.00 |
| Total Hours Worked |  | 71.40 |  | 869.00 |  |

| Deductions | CURRENT | YTD |
|---|---|---|
| DISABINS | 14.97 | 192.86 |
| NewtownEMS | 2.00 | 26.00 |
| Total | $16.97 | $218.86 |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| AccPTO | 144.00 | 84.00 | 60.00 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 186.21 | 2,454.57 |
| MED | 32.80 | 430.48 |
| SOC | 140.24 | 1,840.65 |
| PA | 69.44 | 911.43 |
| PAEUC | 1.58 | 20.80 |
| PANE1 | 22.62 | 296.90 |
| Total | $452.89 | $5,954.83 |

| | | |
|---|---|---|
| Net Direct Deposit | XXXXXX0846 | $1,592.14 |
| DirectDP1 | XXXXXX4593 | $200.00 |
| **Net Pay** | XXXXXX0846 | **$1,792.14** |

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

BUCKS COUNTY TYPE & DESIGN INC
90 WALKER LANE
NEWTOWN    PA 18940

Direct Deposit #  1276296956
Date    06/30/2023

Pay this Amount

** NON-NEGOTIABLE** DIRECT DEPOSIT RECEIPT **    VOID ** VOID **

Pay to the
Order of

6803    DD

**CHRISTOPHER M DESROCHER**
3455 W MILL ROAD
HATBORO PA 19040

DIRECT DEPOSIT $1,592.14
TO ACCOUNT #    XXXXXX0846
BANK #    XXXXXX0503

**NON-NEGOTIABLE**

**BUCKS COUNTY TYPE & DESIGN INC**
90 WALKER LANE
NEWTOWN     PA 18940

**CHRISTOPHER M DESROCHER**
EMPLOYEE ID: 102
DEPARTMENT: 6803
DD RECEIPT:    1274990693



FEIN: 23-2597153
Pay Period   05/31/2023 - 06/13/2023
Pay Date     06/16/2023

FITWH    Filing Status: M  Exemptions: 0
PA       Filing Status: M  Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| REG/EARN | 30.00 | 59.80 | 1,794.00 | 788.40 | 23,652.00 |
| OT/EARN | 45.00 | 4.70 | 211.50 | 9.20 | 414.00 |
| Hol |  |  |  | 32.00 | 960.00 |
| PTO | 30.00 | 16.00 | 480.00 | 80.00 | 2,400.00 |
| Total |  | 80.50 | $2,485.50 | 909.60 | $27,426.00 |
| Total Hours Worked |  | 64.50 |  | 797.60 |  |

| Deductions | CURRENT | YTD |
|---|---|---|
| DISABINS | 14.97 | 177.89 |
| NewtownEMS | 2.00 | 24.00 |
| Total | $16.97 | $201.89 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 213.03 | 2,268.36 |
| MED | 36.04 | 397.68 |
| SOC | 154.10 | 1,700.41 |
| PA | 76.31 | 841.99 |
| PAEUC | 1.74 | 19.22 |
| PANE1 | 24.86 | 274.28 |
| Total | $506.08 | $5,501.94 |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| AccPTO | 144.00 | 80.00 | 64.00 |

| | | |
|---|---|---|
| Net Direct Deposit | XXXXXX0846 | $1,762.45 |
| DirectDP1 | XXXXXX4593 | $200.00 |
| **Net Pay** | XXXXXX0846 | $1,962.45 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**BUCKS COUNTY TYPE & DESIGN INC**
90 WALKER LANE
NEWTOWN     PA 18940

Direct Deposit #   1274990693
Date    06/16/2023

Pay this Amount

** NON-NEGOTIABLE** DIRECT DEPOSIT RECEIPT **                                  VOID ** VOID **

Pay to the Order of

6803    DD

**CHRISTOPHER M DESROCHER**
3455 W MILL ROAD
HATBORO PA 19040

DIRECT DEPOSIT $1,762.45
TO ACCOUNT #   XXXXXX0846
BANK #         XXXXXX0503

NON-NEGOTIABLE

**BUCKS COUNTY TYPE & DESIGN INC**
90 WALKER LANE
NEWTOWN        PA 18940

**CHRISTOPHER M DESROCHER**
EMPLOYEE ID: 102
DEPARTMENT: 6803
DD RECEIPT:    1273552933



FEIN: 23-2597153
Pay Period  05/17/2023 - 05/30/2023
Pay Date    06/02/2023

FITWH    Filing Status: M  Exemptions: 0
PA       Filing Status: M  Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hol | 30.00 | 8.00 | 240.00 | 32.00 | 960.00 |
| PTO | 30.00 | 16.00 | 480.00 | 64.00 | 1,920.00 |
| REG/EARN | 30.00 | 51.40 | 1,542.00 | 728.60 | 21,858.00 |
| OT/EARN | | | | 4.50 | 202.50 |
| **Total** | | 75.40 | $2,262.00 | 829.10 | $24,940.50 |
| **Total Hours Worked** | | 51.40 | | 733.10 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| DISABINS | 14.97 | 162.92 |
| NewtownEMS | 2.00 | 22.00 |
| **Total** | $16.97 | $184.92 |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| AccPTO | 144.00 | 64.00 | 80.00 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 186.21 | 2,055.33 |
| MED | 32.80 | 361.64 |
| SOC | 140.24 | 1,546.31 |
| PA | 69.44 | 765.68 |
| PAEUC | 1.58 | 17.48 |
| PANE1 | 22.62 | 249.42 |
| **Total** | $452.89 | $4,995.86 |

| | | |
|---|---|---|
| Net Direct Deposit | XXXXXX0846 | $1,592.14 |
| DirectDP1 | XXXXXX4593 | $200.00 |
| **Net Pay** | XXXXXX0846 | $1,792.14 |

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

**BUCKS COUNTY TYPE & DESIGN INC**
90 WALKER LANE
NEWTOWN         PA 18940

Direct Deposit #  1273552933
Date    06/02/2023

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **

VOID ** VOID **

                                         6803    DD
Pay to the
Order of    **CHRISTOPHER M DESROCHER**
            3455 W MILL ROAD
            HATBORO PA 19040

DIRECT DEPOSIT $1,592.14
TO ACCOUNT #   XXXXXX0846
BANK #         XXXXXX0503

N O N - N E G O T I A B L E

| BUCKS COUNTY TYPE & DESIGN INC | CHRISTOPHER M DESROCHER | |
|---|---|---|
| 90 WALKER LANE | EMPLOYEE ID: 102 | |
| NEWTOWN    PA 18940 | DEPARTMENT: 6803 |  |
| | DD RECEIPT: 1272219493 | |

FEIN: 23-2597153
Pay Period   05/03/2023 - 05/16/2023
Pay Date     05/19/2023

FITWH   Filing Status: M  Exemptions: 0
PA      Filing Status: M  Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hol | | | | 24.00 | 720.00 |
| OT/EARN | 45.00 | 2.30 | 103.50 | 4.50 | 202.50 |
| PTO | 30.00 | 4.00 | 120.00 | 48.00 | 1,440.00 |
| REG/EARN | 30.00 | 71.90 | 2,157.00 | 677.20 | 20,316.00 |
| Total | | 78.20 | $2,380.50 | 753.70 | $22,678.50 |
| Total Hours Worked | | 74.20 | | 681.70 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| DISABINS | 14.97 | 147.95 |
| NewtownEMS | 2.00 | 20.00 |
| Total | $16.97 | $167.95 |

| Taxes | CURRENT | YTD |
|---|---|---|
| FITWH | 200.43 | 1,869.12 |
| MED | 34.52 | 328.84 |
| SOC | 147.59 | 1,406.07 |
| PA | 73.08 | 696.24 |
| PAEUC | 1.67 | 15.90 |
| PANE1 | 23.81 | 226.80 |
| Total | $481.10 | $4,542.97 |

| Time Off (hours) | ACCRUED | TAKEN | AVAILABLE |
|---|---|---|---|
| AccPTO | 144.00 | 48.00 | 96.00 |

| | | |
|---|---|---|
| Net Direct Deposit | XXXXXX0846 | $1,682.43 |
| DirectDP1 | XXXXXX4593 | $200.00 |
| Net Pay | XXXXXX0846 | $1,882.43 |

---

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

BUCKS COUNTY TYPE & DESIGN INC
90 WALKER LANE
NEWTOWN    PA 18940

Direct Deposit #  1272219493
Date    05/19/2023

Pay this Amount

** NON-NEGOTIABLE ** DIRECT DEPOSIT RECEIPT **    VOID ** VOID **

Pay to the Order of

6803    DD

CHRISTOPHER M DESROCHER
3455 W MILL ROAD
HATBORO PA 19040

DIRECT DEPOSIT  $1,682.43
TO ACCOUNT #    XXXXXX0846
BANK #          XXXXXX0503

NON-NEGOTIABLE