**WARMINSTER GENTLE DENTISTRY**
12109 Centennial Station
Warminster PA 18974

1411-5616
EE ID: 21        DD

GINA M MCGEE
3455 W MILL ROAD
HATBORO PA 19040

**PERSONAL AND CHECK INFORMATION**
Gina M McGee
3455 W Mill Road
Hatboro, PA 19040
Soc Sec #: xxx-xx-xxxx    Employee ID: 21

Pay Period: 07/16/23 to 07/29/23
Check Date: 08/04/23    Check #: 5439

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 846 | 1883.21 | 3544.19 |
| **NET PAY** | **1883.21** | **3544.19** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 65.2500 | 35.0000 | 2283.75 | 121.0000 | 4235.00 |
| | Total Hours | 65.2500 | | | 121.0000 | |
| | Gross Earnings | | | 2283.75 | | 4235.00 |
| | Total Hrs Worked | 65.2500 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 141.59 | 262.57 |
| Medicare | | 33.12 | 61.41 |
| Fed Income Tax | J | 129.28 | 185.49 |
| PA Income Tax | | 70.11 | 130.01 |
| PA Unemploy | | 1.60 | 2.97 |
| PA LWARM-Buc L | | 2.00 | 6.00 |
| PA WARMN-Buc I | | 22.84 | 42.36 |
| **TOTAL** | | **400.54** | **690.81** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1883.21 | 3544.19 |

Payrolls by Paychex, Inc.
0026 1411-5616 Warminster Gentle Dentistry • 12109 Centennial Station • Warminster PA 18974 • (215) 900-0576

WARMINSTER GENTLE DENTISTRY
12109 Centennial Station
Warminster PA 18974

1411 5616
EE ID: 21        DD

GINA M MCGEE
3455 W MILL ROAD
HATBORO PA  19040

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Gina M McGee | | |
| 3455 W Mill Road | | |
| Hatboro, PA 19040 | | |
| Soc Sec #: Missing | Employee ID: 21 | |
| Pay Period: 07/02/23 to 07/15/23 | | |
| Check Date: 07/21/23 | Check #: 5430 | |
| **NET PAY ALLOCATIONS** | | |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 0.00 | 0.00 |
| Chkg 846 | 1377.40 | 1660.98 |
| **NET PAY** | **1377.40** | **1660.98** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Hourly | 46.5000 | 35.0000 | 1627.50 | 55.7500 | 1951.25 |
| | | Total Hours | 46.5000 | | | 55.7500 | |
| | | Gross Earnings | | | 1627.50 | | 1951.25 |
| | | Total Hrs Worked | 46.5000 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 100.91 | 120.98 |
| | Medicare | | 23.60 | 28.29 |
| | Fed Income Tax | J | 56.21 | 56.21 |
| | PA Income Tax | | 49.96 | 59.90 |
| | PA Unemploy | | 1.14 | 1.37 |
| | PA LWARM-Buc L | | 2.00 | 4.00 |
| | PA WARMN-Buc I | | 16.28 | 19.52 |
| | **TOTAL** | | **250.10** | **290.27** |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 1377.40 | 1660.98 |

Payrolls by Paychex, Inc.
0026 1411-5616  Warminster Gentle Dentistry • 12109 Centennial Station • Warminster PA 18974 • (215) 900-0576

WARMINSTER GENTLE DENTISTRY
12109 Centennial Station
Warminster PA  18974

1411-5616
EE ID: 21          DD

GINA M MCGEE
3455 W MILL ROAD
HATBORO PA  19040

### PERSONAL AND CHECK INFORMATION
Gina M McGee
3455 W Mill Road
Hatboro, PA  19040
Soc Sec #: Missing          Employee ID:  21

Pay Period: 06/18/23 to 07/01/23
Check Date: 07/07/23     Check #: 5421

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 846 | 283.58 | 283.58 |
| **NET PAY** | **283.58** | **283.58** |

### EARNINGS

| | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Hourly | 9.2500 | 35.0000 | 323.75 | 9.2500 | 323.75 |
| | | Total Hours | 9.2500 | | | 9.2500 | |
| | | Gross Earnings | | | 323.75 | | 323.75 |
| | | Total Hrs Worked | 9.2500 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 20.07 | 20.07 |
| Medicare | | 4.69 | 4.69 |
| PA Income Tax | | 9.94 | 9.94 |
| PA Unemploy | | 0.23 | 0.23 |
| PA LWARM-Buc L | | 2.00 | 2.00 |
| PA WARMN-Buc I | | 3.24 | 3.24 |
| **TOTAL** | | **40.17** | **40.17** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 283.58 | 283.58 |

**WARMINSTER GENTLE DENTISTRY**
12109 Centennial Station
Warminster PA 18974

1411-5616
EE ID: 21          DD

GINA M MCGEE
3455 W MILL ROAD
HATBORO PA 19040

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| Gina M McGee | | | | | Hourly | 46.5000 | 35.0000 | 1627.50 | 55.7500 | 1951.25 |
| 3455 W Mill Road | | | | | Total Hours | 46.5000 | | | 55.7500 | |
| Hatboro, PA 19040 | | | | | Gross Earnings | | | 1627.50 | | 1951.25 |
| Soc Sec #: Missing    Employee ID: 21 | | | | | Total Hrs Worked | 46.5000 | | | | |
| | | | WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| Pay Period: 07/02/23 to 07/15/23 | | | | | Social Security | | | 100.91 | | 120.98 |
| Check Date: 07/21/23    Check #: 5430 | | | | | Medicare | | | 23.60 | | 28.29 |
| NET PAY ALLOCATIONS | | | | | Fed Income Tax | J | | 56.21 | | 56.21 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | | PA Income Tax | | | 49.96 | | 59.90 |
| Check Amount | 0.00 | 0.00 | | | PA Unemploy | | | 1.14 | | 1.37 |
| Chkg 846 | 1377.40 | 1660.98 | | | PA LWARM-Buc L | | | 2.00 | | 4.00 |
| NET PAY | 1377.40 | 1660.98 | | | PA WARMN-Buc I | | | 16.28 | | 19.52 |
| | | | | | **TOTAL** | | | 250.10 | | 290.27 |

| | NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 1377.40 | 1660.98 |

0026 1411-5616  Warminster Gentle Dentistry • 12109 Centennial Station • Warminster PA 18974 • (215) 900-0576

Payrolls by Paychex, Inc.