

PAY PERIOD: 6/19/2023 - 6/25/2023
PAY DATE: June 30, 2023
PAID BY: Direct Deposit

| EMPLOYER | HireQuest, LLC<br>111 Springhall Drive<br>Goose Creek, SC 29445 | EMPLOYEE | Gina Mcgee<br>3455 W Mill Rd<br>Hatboro, PA 19040 |
|---|---|---|---|

### EARNINGS

| DATE | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 6/19/2023 | 9.50 | 42.00 | 399.00 |
| 6/19/2023 | | | |
| **TOTALS:** | **9.50** | | **$399.00** |

### SUMMARY

| | CURRENT | YTD |
|---|---|---|
| Hours - Regular | 9.50 | 918.00 |
| Hours - Overtime | 0.00 | 28.75 |
| **Hours - Total** | **9.50** | **946.75** |
| Earnings - Regular | 399.00 | 37,630.00 |
| Earnings - Overtime | 0.00 | 1,779.00 |
| **Earnings - Total** | **399.00** | **39,409.00** |
| Taxes | 43.06 | 5880.38 |
| Deductions | 0.00 | 0.00 |
| **TOTAL:** | **$355.94** | **$33,528.62** |

### TAXES - Paid by Employee

| TAX | CURRENT | YTD |
|---|---|---|
| Federal withholding | 0 | 1387.42 |
| Social Security | 24.74 | 2443.36 |
| Medicare | 5.79 | 571.47 |
| PA state withholding | 12.25 | 1209.85 |
| PA-Bensalem Twp EIT - Bensalem Twp S D (091002) | 0 | 2.40 |
| PA State Unemployment Insurance | 0.28 | 27.48 |
| PA-Warrington Twp EIT - Central Bucks S D (092102) | 0 | 238.40 |
| **TOTAL:** | **$43.06** | **$5,880.38** |

### EMPLOYEE INFORMATION

| | |
|---|---|
| Social Security #: | xxx-xx-7175 |
| Federal Tax Status: | M |
| Federal Addl Withholding: | 0.00 |
| State Tax Status: | P |
| State Allowances: | |
| State Addl Withholding: | unknown |
| Pay Frequency: | Weekly |
| Job Code: | 318042 |

### TAXES - Paid by Employer

| TAX | CURRENT | YTD |
|---|---|---|
| Social Security | 24.74 | 2443.36 |
| Medicare | 5.79 | 571.47 |
| Federal Unemployment Tax - PA | 0 | 42.00 |
| PA state unemployment | 0 | 382.21 |
| **TOTAL:** | **$30.53** | **$3,439.04** |

### DEDUCTIONS

| DEDUCTION | CURRENT | YTD |
|---|---|---|
| **TOTAL:** | **$0.00** | **$0.00** |

## DAVID E. HOHENSHILT, INC.
### NEFFS, PA 18065

**Check #: 47776**

**Employee:** Nathan Reinhart, 4180 Beststation Road, Slatington, PA 18080
**SSN:** ***-**-4714
**Pay Period:** 06/25/2023 - 07/01/2023
**Pay Date:** 07/07/2023

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly with Truck | 22.00 | 28.00 | 616.00 | 10,416.00 |
| HOLIDAY PAY | | | 0.00 | 744.00 |
| Overtime (x1.5) hourly | | | 0.00 | 3,092.25 |
| Hourly | | | 0.00 | 8,029.00 |
| PW - Ironton Elementary Scho | | | 0.00 | 143.88 |
| PW - Coca-Cola Park | | | 0.00 | 239.80 |
| Overtime with Truck | | | 0.00 | 2,478.00 |
| Vacation with Truck | | | 0.00 | 224.00 |
| PW - Easton Pump House | | | 0.00 | 95.92 |
| PW - Whitehall School Dist | | | 0.00 | 148.20 |
| | 22.00 | | 616.00 | 25,611.05 |

| Taxes | Current | YTD Amount |
|---|---|---|
| EIT | -6.16 | -256.11 |
| LST | -1.00 | -26.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -56.00 | -3,231.00 |
| Social Security Employee | -36.20 | -1,587.89 |
| Medicare Employee | -8.93 | -371.35 |
| PA - Withholding | -18.91 | -786.27 |
| PA - Unemployment Employee | -0.43 | -17.93 |
| | -131.63 | -6,276.56 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Wage Garnishment | 0.00 | -86.00 |

**Net Pay:** 484.37    19,248.49

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 0.00 | | 72.00 |
| YTD | | 8.00 | |

DAVID E. HOHENSHILT, INC., PO Box 88, Neffs, PA 18065

Powered by Intuit Payroll

---

## HOHENSHILT CONSTRUCTION CO. INC.

**Check #: 3269**

**Employee:** Nathan C Reinhart, 4180 Best Station Road, Slatington, PA 18080
**SSN:** ***-**-4714
**Pay Period:** 07/02/2023 - 07/08/2023
**Pay Date:** 07/14/2023

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly with Truck | 10.00 | 28.00 | 280.00 | 9,632.00 |
| Overtime with Truck | 1.00 | 42.00 | 42.00 | 3,087.00 |
| Hourly | | | 0.00 | 604.50 |
| Overtime | | | 0.00 | 209.25 |
| PW - Carbon Emer Ops & Trai | | | 0.00 | 313.40 |
| PW - Whitehall School District | | | 0.00 | 255.72 |
| | 11.00 | | 322.00 | 14,101.87 |

| Taxes | Current | YTD Amount |
|---|---|---|
| LST | -1.00 | -21.00 |
| EIT 1% | -3.22 | -141.02 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | 0.00 | |
| Social Security Employee | 0.00 | -651.00 |
| Medicare Employee | -19.97 | -874.32 |
| PA - Withholding | -4.67 | -204.48 |
| PA - Unemployment Employee | -9.89 | -432.95 |
| | -0.22 | -9.87 |
| | -38.97 | -2,334.64 |

**Net Pay:** 283.03    11,767.23

Hohenshilt Construction Company, Inc., P.O. Box 222, Orefield, PA 18069

Powered by Intuit Payroll

---

## DAVID E. HOHENSHILT, INC.
### NEFFS, PA 18065

**Check #: 47790**

**Employee:** Nathan Reinhart, 4180 Beststation Road, Slatington, PA 18080
**SSN:** ***-**-4714
**Pay Period:** 07/02/2023 - 07/08/2023
**Pay Date:** 07/14/2023

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly with Truck | 22.00 | 28.00 | 616.00 | 11,032.00 |
| Holiday With Truck | 8.00 | 28.00 | 224.00 | 224.00 |
| Overtime with Truck | 4.00 | 42.00 | 168.00 | 2,646.00 |
| HOLIDAY PAY | | | 0.00 | 744.00 |
| Overtime (x1.5) hourly | | | 0.00 | 3,092.25 |
| Hourly | | | 0.00 | 8,029.00 |
| PW - Ironton Elementary Scho | | | 0.00 | 143.88 |
| PW - Coca-Cola Park | | | 0.00 | 239.80 |
| Vacation with Truck | | | 0.00 | 224.00 |
| PW - Easton Pump House | | | 0.00 | 95.92 |
| PW - Whitehall School Dist | | | 0.00 | 148.20 |
| | 34.00 | | 1,008.00 | 26,619.05 |

| Taxes | Current | YTD Amount |
|---|---|---|
| EIT | -10.08 | -266.19 |
| LST | -1.00 | -27.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -109.00 | -3,340.00 |
| Social Security Employee | -62.49 | -1,650.38 |
| Medicare Employee | -14.62 | -385.98 |
| PA - Withholding | -30.95 | -817.22 |
| PA - Unemployment Employee | -0.70 | -18.63 |
| | -228.84 | -6,505.40 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Wage Garnishment | 0.00 | -86.00 |

**Net Pay:** 779.16    20,027.65

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 0.00 | | 72.00 |
| YTD | | 8.00 | |

DAVID E. HOHENSHILT, INC., PO Box 88, Neffs, PA 18065

Powered by Intuit Payroll