# HireQuest

PAY PERIOD: 5/15/2023 - 5/21/2023
PAY DATE: May 26, 2023
PAID BY: Direct Deposit

**EMPLOYER**
HireQuest, LLC
111 Springhall Drive
Goose Creek, SC 29445

**EMPLOYEE**
Gina Mcgee
3455 W Mill Rd
Hatboro, PA 19040

## SUMMARY

| | CURRENT | YTD |
|---|---|---|
| Hours - Regular | 22.25 | 761.50 |
| Hours - Overtime | 3.25 | 25.00 |
| **Hours - Total** | **25.50** | **786.50** |
| Earnings - Regular | 934.50 | 31,057.00 |
| Earnings - Overtime | 204.75 | 1,542.75 |
| **Earnings - Total** | **1,139.25** | **32,599.75** |
| Taxes | 198.64 | 4877.99 |
| Deductions | 0.00 | 0.00 |
| **TOTAL:** | **$940.61** | **$27,721.76** |

## EARNINGS

| DATE | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 5/15/2023 | 22.25 | 42.00 | 934.50 |
| 5/15/2023 | 3.25 overtime | 63.00 | 204.75 |
| 5/15/2023 | | | |
| **TOTALS:** | **25.50** | | **$1,139.25** |

## TAXES - Paid by Employee

| TAX | CURRENT | YTD |
|---|---|---|
| Federal withholding | 64.33 | 1161.98 |
| Social Security | 70.63 | 2021.18 |
| Medicare | 16.52 | 472.74 |
| PA state withholding | 34.97 | 1000.80 |
| PA-Bensalem Twp EIT - Bensalem Twp S D (091002) | 0 | 2.40 |
| PA State Unemployment Insurance | 0.80 | 22.72 |
| PA-Warrington Twp EIT - Central Bucks S D (092102) | 11.39 | 196.17 |
| **TOTAL:** | **$198.64** | **$4,877.99** |

## TAXES - Paid by Employer

| TAX | CURRENT | YTD |
|---|---|---|
| Social Security | 70.63 | 2021.18 |
| Medicare | 16.52 | 472.74 |
| Federal Unemployment Tax - PA | 0 | 42.00 |
| PA state unemployment | 0 | 382.21 |
| **TOTAL:** | **$87.15** | **$2,918.13** |

## DEDUCTIONS

| DEDUCTION | CURRENT | YTD |
|---|---|---|
| **TOTAL:** | **$0.00** | **$0.00** |

## EMPLOYEE INFORMATION

Social Security #: xxx-xx-7175
Federal Tax Status: M
Federal Addl Withholding: 0.00
State Tax Status: P
State Allowances:
State Addl Withholding: unknown
Pay Frequency: Weekly
Job Code: 319014

## WORKSITE INFORMATION

Client Name: Childrens Dental Health Associates
Client Phone: (484) 787-2900
Worksite Address:
2210 Shetland Drive
Warrington, PA 18976

Case 23-11975-mdc    Doc 27    Filed 09/20/23    Entered 09/20/23 09:03:17    Desc Main
Document      Page 2 of 5

# HireQuest

| PAY PERIOD: | 5/15/2023 - 5/21/2023 |
| --- | --- |
| PAY DATE: | May 26, 2023 |
| PAID BY: | Direct Deposit |

## EMPLOYER
HireQuest, LLC
111 Springhall Drive
Goose Creek, SC 29445

## EMPLOYEE
Gina Mcgee
3455 W Mill Rd
Hatboro, PA 19040

### EARNINGS

| DATE | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| 5/15/2023 | 17.75 | 42.00 | 745.50 |
| 5/15/2023 | | | |
| **TOTALS:** | **17.75** | | **$745.50** |

### SUMMARY

| | CURRENT | YTD |
| --- | --- | --- |
| Hours - Regular | 17.75 | 739.25 |
| Hours - Overtime | 0.00 | 21.75 |
| Hours - Total | 17.75 | 761.00 |
| Earnings - Regular | 745.50 | 30,122.50 |
| Earnings - Overtime | 0.00 | 1,338.00 |
| Earnings - Total | 745.50 | 31,460.50 |
| Taxes | 101.72 | 4679.35 |
| Deductions | 0.00 | 0.00 |
| **TOTAL:** | **$643.78** | **$26,781.15** |

### TAXES - Paid by Employee

| TAX | CURRENT | YTD |
| --- | --- | --- |
| Federal withholding | 21.28 | 1097.65 |
| Social Security | 46.22 | 1950.55 |
| Medicare | 10.81 | 456.22 |
| PA state withholding | 22.89 | 965.83 |
| PA-Bensalem Twp EIT - Bensalem Twp S D (0910O2) | 0 | 2.40 |
| PA State Unemployment Insurance | 0.52 | 21.92 |
| PA-Warrington Twp EIT - Central Bucks S D (092102) | 0 | 184.78 |
| **TOTAL:** | **$101.72** | **$4,679.35** |

### EMPLOYEE INFORMATION

| | |
| --- | --- |
| Social Security #: | xxx-xx-7175 |
| Federal Tax Status: | M |
| Federal Addl Withholding: | 0.00 |
| State Tax Status: | P |
| State Allowances: | |
| State Addl Withholding: | unknown |
| Pay Frequency: | Weekly |
| Job Code: | 318042 |

### TAXES - Paid by Employer

| TAX | CURRENT | YTD |
| --- | --- | --- |
| Social Security | 46.22 | 1950.55 |
| Medicare | 10.81 | 456.22 |
| Federal Unemployment Tax - PA | 0 | 42.00 |
| PA state unemployment | 0 | 382.21 |
| **TOTAL:** | **$57.03** | **$2,830.98** |

### WORKSITE INFORMATION

| | |
| --- | --- |
| Client Name: | Childrens Dental Health Associates |
| Client Phone: | (484) 787-2900 |
| Worksite Address: | 920 Germantown Pike |
| | Plymouth Meeting, PA 19462 |

### DEDUCTIONS

| DEDUCTION | CURRENT | YTD |
| --- | --- | --- |
| **TOTAL:** | **$0.00** | **$0.00** |



# HireQuest

| PAY PERIOD: | 5/8/2023 - 5/14/2023 |
| --- | --- |
| PAY DATE: | May 19, 2023 |
| PAID BY: | Direct Deposit |

**EMPLOYER**
HireQuest, LLC
111 Springhall Drive
Goose Creek, SC 29445

**EMPLOYEE**
Gina Mcgee
3455 W Mill Rd
Hatboro, PA 19040

## EARNINGS

| DATE | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| 5/8/2023 | 22.00 | 42.00 | 924.00 |
| 5/8/2023 | 3.00 overtime | 63.00 | 189.00 |
| 5/8/2023 | | | |
| **TOTALS:** | 25.00 | | **$1,113.00** |

## SUMMARY

| | CURRENT | YTD |
| --- | --- | --- |
| Hours - Regular | 22.00 | 721.50 |
| Hours - Overtime | 3.00 | 21.75 |
| Hours - Total | 25.00 | 743.25 |
| Earnings - Regular | 924.00 | 29,377.00 |
| Earnings - Overtime | 189.00 | 1,338.00 |
| Earnings - Total | 1,113.00 | 30,715.00 |
| Taxes | 192.41 | 4577.63 |
| Deductions | 0.00 | 0.00 |
| **TOTAL:** | **$920.59** | **$26,137.37** |

## TAXES - Paid by Employee

| TAX | CURRENT | YTD |
| --- | --- | --- |
| Federal withholding | 61.18 | 1076.37 |
| Social Security | 69.01 | 1904.33 |
| Medicare | 16.14 | 445.41 |
| PA state withholding | 34.17 | 942.94 |
| PA-Bensalem Twp EIT - Bensalem Twp S D (091002) | 0 | 2.40 |
| PA State Unemployment Insurance | 0.78 | 21.40 |
| PA-Warrington Twp EIT - Central Bucks S D (092102) | 11.13 | 184.78 |
| **TOTAL:** | **$192.41** | **$4,577.63** |

## TAXES - Paid by Employer

| TAX | CURRENT | YTD |
| --- | --- | --- |
| Social Security | 69.01 | 1904.33 |
| Medicare | 16.14 | 445.41 |
| Federal Unemployment Tax - PA | 0 | 42.00 |
| PA state unemployment | 0 | 382.21 |
| **TOTAL:** | **$85.15** | **$2,773.95** |

## DEDUCTIONS

| DEDUCTION | CURRENT | YTD |
| --- | --- | --- |
| **TOTAL:** | **$0.00** | **$0.00** |

## EMPLOYEE INFORMATION

| | |
| --- | --- |
| Social Security #: | xxx-xx-7175 |
| Federal Tax Status: | M |
| Federal Addl Withholding: | 0.00 |
| State Tax Status: | P |
| State Allowances: | |
| State Addl Withholding: | unknown |
| Pay Frequency: | Weekly |
| Job Code: | 319014 |

## WORKSITE INFORMATION

| | |
| --- | --- |
| Client Name: | Childrens Dental Health Associates |
| Client Phone: | (484) 787-2900 |
| Worksite Address: | |
| 2210 Shetland Drive | |
| Warrington, PA 18976 | |

# HireQuest

| PAY PERIOD: | 5/8/2023 - 5/14/2023 |
| --- | --- |
| PAY DATE: | May 19, 2023 |
| PAID BY: | Direct Deposit |

**EMPLOYER**

HireQuest, LLC
111 Springhall Drive
Goose Creek, SC 29445

**EMPLOYEE**

Gina Mcgee
3455 W Mill Rd
Hatboro, PA 19040

## EARNINGS

| DATE | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- |
| 5/8/2023 | 18.00 | 42.00 | 756.00 |
| 5/8/2023 | | | |
| **TOTALS:** | **18.00** | | **$756.00** |

## SUMMARY

| | CURRENT | YTD |
| --- | --- | --- |
| Hours - Regular | 18.00 | 699.50 |
| Hours - Overtime | 0.00 | 18.75 |
| Hours - Total | 18.00 | 718.25 |
| Earnings - Regular | 756.00 | 28,453.00 |
| Earnings - Overtime | 0.00 | 1,149.00 |
| Earnings - Total | 756.00 | 29,602.00 |
| Taxes | 103.90 | 4385.22 |
| Deductions | 0.00 | 0.00 |
| **TOTAL:** | **$652.10** | **$25,216.78** |

## TAXES - Paid by Employee

| TAX | CURRENT | YTD |
| --- | --- | --- |
| Federal withholding | 22.33 | 1015.19 |
| Social Security | 46.87 | 1835.32 |
| Medicare | 10.96 | 429.27 |
| PA state withholding | 23.21 | 908.77 |
| PA-Bensalem Twp EIT - Bensalem Twp S D (091002) | 0 | 2.40 |
| PA State Unemployment Insurance | 0.53 | 20.62 |
| PA-Warrington Twp EIT - Central Bucks S D (092102) | 0 | 173.65 |
| **TOTAL:** | **$103.90** | **$4,385.22** |

## TAXES - Paid by Employer

| TAX | CURRENT | YTD |
| --- | --- | --- |
| Social Security | 46.87 | 1835.32 |
| Medicare | 10.96 | 429.27 |
| Federal Unemployment Tax - PA | 0 | 42.00 |
| PA state unemployment | 0 | 382.21 |
| **TOTAL:** | **$57.83** | **$2,688.80** |

## DEDUCTIONS

| DEDUCTION | CURRENT | YTD |
| --- | --- | --- |
| **TOTAL:** | **$0.00** | **$0.00** |

## EMPLOYEE INFORMATION

| | |
| --- | --- |
| Social Security #: | xxx-xx-7175 |
| Federal Tax Status: | M |
| Federal Addl Withholding: | 0.00 |
| State Tax Status: | P |
| State Allowances: | |
| State Addl Withholding: | unknown |
| Pay Frequency: | Weekly |
| Job Code: | 318042 |

## WORKSITE INFORMATION

| | |
| --- | --- |
| Client Name: | Childrens Dental Health Associates |
| Client Phone: | (484) 787-2900 |
| Worksite Address: | 920 Germantown Pike |
| | Plymouth Meeting, PA 19462 |

# HireQuest

PAY PERIOD: 5/1/2023 - 5/7/2023
PAY DATE: May 12, 2023
PAID BY: Direct Deposit

## EMPLOYER

HireQuest, LLC
111 Springhall Drive
Goose Creek, SC 29445

## EMPLOYEE

Gina Mcgee
3455 W Mill Rd
Hatboro, PA 19040

## EARNINGS

| DATE | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 5/1/2023 | 18.25 | 42.00 | 766.50 |
| 5/1/2023 | | | |
| TOTALS: | 18.25 | | $766.50 |

## SUMMARY

| | CURRENT | YTD |
|---|---|---|
| Hours - Regular | 18.25 | 668.50 |
| Hours - Overtime | 0.00 | 18.75 |
| Hours - Total | 18.25 | 687.25 |
| Earnings - Regular | 766.50 | 27,151.00 |
| Earnings - Overtime | 0.00 | 1,149.00 |
| Earnings - Total | 766.50 | 28,300.00 |
| Taxes | 106.08 | 4215.62 |
| Deductions | 0.00 | 0.00 |
| TOTAL: | $660.42 | $24,084.38 |

## TAXES - Paid by Employee

| TAX | CURRENT | YTD |
|---|---|---|
| Federal withholding | 23.38 | 991.53 |
| Social Security | 47.52 | 1754.60 |
| Medicare | 11.11 | 410.39 |
| PA state withholding | 23.53 | 868.80 |
| PA-Bensalem Twp EIT - Bensalem Twp S D (091002) | 0 | 2.40 |
| PA State Unemployment Insurance | 0.54 | 19.71 |
| PA-Warrington Twp EIT - Central Bucks S D (092102) | 0 | 168.19 |
| TOTAL: | $106.08 | $4,215.62 |

## TAXES - Paid by Employer

| TAX | CURRENT | YTD |
|---|---|---|
| Social Security | 47.52 | 1754.60 |
| Medicare | 11.11 | 410.39 |
| Federal Unemployment Tax - PA | 0 | 42.00 |
| PA state unemployment | 0 | 382.21 |
| TOTAL: | $58.63 | $2,589.20 |

## DEDUCTIONS

| DEDUCTION | CURRENT | YTD |
|---|---|---|
| TOTAL: | $0.00 | $0.00 |

## EMPLOYEE INFORMATION

Social Security #: xxx-xx-7175
Federal Tax Status: M
Federal Addl Withholding: 0.00
State Tax Status: P
State Allowances:
State Addl Withholding:
Pay Frequency: Weekly
Job Code: 318042

## WORKSITE INFORMATION

Client Name: Childrens Dental Health Associates
Client Phone: (484) 787-2900
Worksite Address:
920 Germantown Pike
Plymouth Meeting, PA 19462