

| | |
|---|---|
| PAY PERIOD: | 5/29/2023 - 6/4/2023 |
| PAY DATE: | June 9, 2023 |
| PAID BY: | Direct Deposit |

| EMPLOYER | HireQuest, LLC<br>111 Springhall Drive<br>Goose Creek, SC 29445 | EMPLOYEE | Gina Mcgee<br>3455 W Mill Rd<br>Hatboro, PA 19040 |
|---|---|---|---|

## EARNINGS

| DATE | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 5/29/2023 | 16.00 | 42.00 | 672.00 |
| 5/29/2023 | | | |
| **TOTALS:** | **16.00** | | **$672.00** |

## SUMMARY

| | CURRENT | YTD |
|---|---|---|
| Hours - Regular | 16.00 | 795.75 |
| Hours - Overtime | 0.00 | 25.00 |
| **Hours - Total** | **16.00** | **820.75** |
| Earnings - Regular | 672.00 | 32,495.50 |
| Earnings - Overtime | 0.00 | 1,542.75 |
| **Earnings - Total** | **672.00** | **34,038.25** |
| Taxes | 93.15 | 5057.73 |
| Deductions | 0.00 | 0.00 |
| **TOTAL:** | **$578.85** | **$28,980.52** |

## TAXES - Paid by Employee

| TAX | CURRENT | YTD |
|---|---|---|
| Federal withholding | 13.93 | 1175.91 |
| Social Security | 41.66 | 2110.37 |
| Medicare | 9.74 | 493.59 |
| PA state withholding | 20.63 | 1044.96 |
| PA-Bensalem Twp EIT - Bensalem Twp S D (091002) | 0 | 2.40 |
| PA State Unemployment Insurance | 0.47 | 23.72 |
| PA-Warrington Twp EIT - Central Bucks S D (092102) | 6.72 | 206.78 |
| **TOTAL:** | **$93.15** | **$5,057.73** |

## TAXES - Paid by Employer

| TAX | CURRENT | YTD |
|---|---|---|
| Social Security | 41.66 | 2110.37 |
| Medicare | 9.74 | 493.59 |
| Federal Unemployment Tax - PA | 0 | 42.00 |
| PA state unemployment | 0 | 382.21 |
| **TOTAL:** | **$51.40** | **$3,028.17** |

## EMPLOYEE INFORMATION

| | |
|---|---|
| Social Security #: | xxx-xx-7175 |
| Federal Tax Status: | M |
| Federal Addl Withholding: | 0.00 |
| State Tax Status: | P |
| State Allowances: | |
| State Addl Withholding: | unknown |
| Pay Frequency: | Weekly |
| Job Code: | 319014 |

## DEDUCTIONS

| DEDUCTION | CURRENT | YTD |
|---|---|---|
| **TOTAL:** | **$0.00** | **$0.00** |



PAY PERIOD: 5/29/2023 - 6/4/2023
PAY DATE: June 9, 2023
PAID BY: Direct Deposit

| EMPLOYER | HireQuest, LLC<br>111 Springhall Drive<br>Goose Creek, SC 29445 | EMPLOYEE | Gina Mcgee<br>3455 W Mill Rd<br>Hatboro, PA 19040 |
|---|---|---|---|

### EARNINGS

| DATE | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 5/29/2023 | 6.00 | 42.00 | 252.00 |
| 5/29/2023 | | | |
| **TOTALS:** | **6.00** | | **$252.00** |

### TAXES - Paid by Employee

| TAX | CURRENT | YTD |
|---|---|---|
| Federal withholding | 0 | 1175.91 |
| Social Security | 15.62 | 2125.99 |
| Medicare | 3.65 | 497.24 |
| PA state withholding | 7.74 | 1052.70 |
| PA-Bensalem Twp EIT - Bensalem Twp S D (091002) | 0 | 2.40 |
| PA State Unemployment Insurance | 0.18 | 23.90 |
| PA-Warrington Twp EIT - Central Bucks S D (092102) | 0 | 206.78 |
| **TOTAL:** | **$27.19** | **$5,084.92** |

### TAXES - Paid by Employer

| TAX | CURRENT | YTD |
|---|---|---|
| Social Security | 15.62 | 2125.99 |
| Medicare | 3.65 | 497.24 |
| Federal Unemployment Tax - PA | 0 | 42.00 |
| PA state unemployment | 0 | 382.21 |
| **TOTAL:** | **$19.27** | **$3,047.44** |

### DEDUCTIONS

| DEDUCTION | CURRENT | YTD |
|---|---|---|
| **TOTAL:** | **$0.00** | **$0.00** |

### SUMMARY

| | CURRENT | YTD |
|---|---|---|
| Hours - Regular | 6.00 | 801.75 |
| Hours - Overtime | 0.00 | 25.00 |
| **Hours - Total** | **6.00** | **826.75** |
| Earnings - Regular | 252.00 | 32,747.50 |
| Earnings - Overtime | 0.00 | 1,542.75 |
| **Earnings - Total** | **252.00** | **34,290.25** |
| Taxes | 27.19 | 5084.92 |
| Deductions | 0.00 | 0.00 |
| **TOTAL:** | **$224.81** | **$29,205.33** |

### EMPLOYEE INFORMATION

| | |
|---|---|
| Social Security #: | xxx-xx-7175 |
| Federal Tax Status: | M |
| Federal Addl Withholding: | 0.00 |
| State Tax Status: | P |
| State Allowances: | |
| State Addl Withholding: | unknown |
| Pay Frequency: | Weekly |
| Job Code: | 318042 |



|  |  |
|---|---|
| PAY PERIOD: | 6/5/2023 to 6/11/2023 |
| PAY DATE: | June 16, 2023 |
| PAID BY: | Direct Deposit |

| EMPLOYER | HireQuest, LLC<br>111 Springhall Drive<br>Goose Creek, SC 29445 | EMPLOYEE | Gina Mcgee<br>3455 W Mill Rd<br>Hatboro, PA 19040 |
|---|---|---|---|

### EARNINGS

| DATE | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 6/5/2023 | 18.00 | 42.00 | 756.00 |
| 6/5/2023 |  |  |  |
| **TOTALS:** | **18.00** |  | **$756.00** |

### SUMMARY

|  | CURRENT | YTD |
|---|---|---|
| Hours - Regular | 18.00 | 819.75 |
| Hours - Overtime | 0.00 | 25.00 |
| **Hours - Total** | **18.00** | **844.75** |
| Earnings - Regular | 756.00 | 33,503.50 |
| Earnings - Overtime | 0.00 | 1,542.75 |
| **Earnings - Total** | **756.00** | **35,046.25** |
| Taxes | 103.90 | 5188.82 |
| Deductions | 0.00 | 0.00 |
| **TOTAL:** | **$652.10** | **$29,857.43** |

### TAXES - Paid by Employee

| TAX | CURRENT | YTD |
|---|---|---|
| Federal withholding | 22.33 | 1198.24 |
| Social Security | 46.87 | 2172.86 |
| Medicare | 10.96 | 508.20 |
| PA state withholding | 23.21 | 1075.91 |
| PA-Bensalem Twp EIT - Bensalem Twp S D (091002) | 0 | 2.40 |
| PA State Unemployment Insurance | 0.53 | 24.43 |
| PA-Warrington Twp EIT - Central Bucks S D (092102) | 0 | 206.78 |
|  | **TOTAL:** | **$103.90** | **$5,188.82** |

### TAXES - Paid by Employer

| TAX | CURRENT | YTD |
|---|---|---|
| Social Security | 46.87 | 2172.86 |
| Medicare | 10.96 | 508.20 |
| Federal Unemployment Tax - PA | 0 | 42.00 |
| PA state unemployment | 0 | 382.21 |
|  | **TOTAL:** | **$57.83** | **$3,105.27** |

### EMPLOYEE INFORMATION

| Social Security #: | xxx-xx-7175 |
|---|---|
| Federal Tax Status: | M |
| Federal Addl Withholding: | 0.00 |
| State Tax Status: | P |
| State Allowances: |  |
| State Addl Withholding: | unknown |
| Pay Frequency: | Weekly |
| Job Code: | 318042 |

### DEDUCTIONS

| DEDUCTION | CURRENT | YTD |
|---|---|---|
|  | **TOTAL:** | **$0.00** | **$0.00** |



PAY PERIOD: 6/5/2023 - 6/11/2023
PAY DATE: June 16, 2023
PAID BY: Direct Deposit

| EMPLOYER | HireQuest, LLC<br>111 Springhall Drive<br>Goose Creek, SC 29445 | EMPLOYEE | Gina Mcgee<br>3455 W Mill Rd<br>Hatboro, PA 19040 |
|---|---|---|---|

### EARNINGS

| DATE | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 6/5/2023 | 22.00 | 42.00 | 924.00 |
| 6/5/2023 | 1.50 overtime | 63.00 | 94.50 |
| 6/5/2023 | | | |
| **TOTALS:** | 23.50 | | $1,018.50 |

### SUMMARY

|  | CURRENT | YTD |
|---|---|---|
| Hours - Regular | 22.00 | 841.75 |
| Hours - Overtime | 1.50 | 26.50 |
| **Hours - Total** | **23.50** | **868.25** |
| Earnings - Regular | 924.00 | 34,427.50 |
| Earnings - Overtime | 94.50 | 1,637.25 |
| **Earnings - Total** | **1,018.50** | **36,064.75** |
| Taxes | 169.93 | 5358.75 |
| Deductions | 0.00 | 0.00 |
| **TOTAL:** | **$848.57** | **$30,706.00** |

### TAXES - Paid by Employee

| TAX | CURRENT | YTD |
|---|---|---|
| Federal withholding | 49.84 | 1248.08 |
| Social Security | 63.15 | 2236.01 |
| Medicare | 14.77 | 522.97 |
| PA state withholding | 31.27 | 1107.18 |
| PA-Bensalem Twp EIT - Bensalem Twp S D (091002) | 0 | 2.40 |
| PA State Unemployment Insurance | 0.71 | 25.14 |
| PA-Warrington Twp EIT - Central Bucks S D (092102) | 10.19 | 216.97 |
| **TOTAL:** | **$169.93** | **$5,358.75** |

### EMPLOYEE INFORMATION

| Social Security #: | xxx-xx-7175 |
|---|---|
| Federal Tax Status: | M |
| Federal Addl Withholding: | 0.00 |
| State Tax Status: | P |
| State Allowances: | |
| State Addl Withholding: | unknown |
| Pay Frequency: | Weekly |
| Job Code: | 319014 |

### TAXES - Paid by Employer

| TAX | CURRENT | YTD |
|---|---|---|
| Social Security | 63.15 | 2236.01 |
| Medicare | 14.77 | 522.97 |
| Federal Unemployment Tax - PA | 0 | 42.00 |
| PA state unemployment | 0 | 382.21 |
| **TOTAL:** | **$77.92** | **$3,183.19** |

### DEDUCTIONS

| DEDUCTION | CURRENT | YTD |
|---|---|---|
| **TOTAL:** | **$0.00** | **$0.00** |



PAY PERIOD: 6/12/2023 to 6/18/2023
PAY DATE: June 23, 2023
PAID BY: Direct Deposit

| EMPLOYER | HireQuest, LLC<br>111 Springhall Drive<br>Goose Creek, SC 29445 | EMPLOYEE | Gina Mcgee<br>3455 W Mill Rd<br>Hatboro, PA 19040 |
|---|---|---|---|

### EARNINGS

| DATE | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 6/12/2023 | 24.25 | 42.00 | 1018.50 |
| 6/12/2023 | | | |
| **TOTALS:** | **24.25** | | **$1,018.50** |

### TAXES - Paid by Employee

| TAX | CURRENT | YTD |
|---|---|---|
| Federal withholding | 49.84 | 1297.92 |
| Social Security | 63.15 | 2299.16 |
| Medicare | 14.77 | 537.74 |
| PA state withholding | 31.27 | 1138.45 |
| PA-Bensalem Twp EIT - Bensalem Twp S D (091002) | 0 | 2.40 |
| PA State Unemployment Insurance | 0.71 | 25.85 |
| PA-Warrington Twp EIT - Central Bucks S D (092102) | 10.19 | 227.16 |
| **TOTAL:** | **$169.93** | **$5,528.68** |

### TAXES - Paid by Employer

| TAX | CURRENT | YTD |
|---|---|---|
| Social Security | 63.15 | 2299.16 |
| Medicare | 14.77 | 537.74 |
| Federal Unemployment Tax - PA | 0 | 42.00 |
| PA state unemployment | 0 | 382.21 |
| **TOTAL:** | **$77.92** | **$3,261.11** |

### DEDUCTIONS

| DEDUCTION | CURRENT | YTD |
|---|---|---|
| **TOTAL:** | **$0.00** | **$0.00** |

### SUMMARY

| | CURRENT | YTD |
|---|---|---|
| Hours - Regular | 24.25 | 866.00 |
| Hours - Overtime | 0.00 | 26.50 |
| **Hours - Total** | **24.25** | **892.50** |
| Earnings - Regular | 1,018.50 | 35,446.00 |
| Earnings - Overtime | 0.00 | 1,637.25 |
| **Earnings - Total** | **1,018.50** | **37,083.25** |
| Taxes | 169.93 | 5528.68 |
| Deductions | 0.00 | 0.00 |
| **TOTAL:** | **$848.57** | **$31,554.57** |

### EMPLOYEE INFORMATION

| | |
|---|---|
| Social Security #: | xxx-xx-7175 |
| Federal Tax Status: | M |
| Federal Addl Withholding: | 0.00 |
| State Tax Status: | P |
| State Allowances: | |
| State Addl Withholding: | unknown |
| Pay Frequency: | Weekly |
| Job Code: | 319014 |



| | |
|---|---|
| PAY PERIOD: | 6/12/2023 to 6/18/2023 |
| PAY DATE: | June 23, 2023 |
| PAID BY: | Direct Deposit |

| EMPLOYER | HireQuest, LLC<br>111 Springhall Drive<br>Goose Creek, SC 29445 | EMPLOYEE | Gina Mcgee<br>3455 W Mill Rd<br>Hatboro, PA 19040 |
|---|---|---|---|

### EARNINGS

| DATE | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 6/12/2023 | 15.75 | 42.00 | 661.50 |
| 6/12/2023 | 2.25 overtime | 63.00 | 141.75 |
| 6/12/2023 | | | |
| **TOTALS:** | **18.00** | | **$803.25** |

### TAXES - Paid by Employee

| TAX | CURRENT | YTD |
|---|---|---|
| Federal withholding | 27.06 | 1324.98 |
| Social Security | 49.80 | 2348.96 |
| Medicare | 11.65 | 549.39 |
| PA state withholding | 24.66 | 1163.11 |
| PA-Bensalem Twp EIT - Bensalem Twp S D (091002) | 0 | 2.40 |
| PA State Unemployment Insurance | 0.56 | 26.41 |
| PA-Warrington Twp EIT - Central Bucks S D (092102) | 0 | 227.16 |
| **TOTAL:** | **$113.73** | **$5,642.41** |

### TAXES - Paid by Employer

| TAX | CURRENT | YTD |
|---|---|---|
| Social Security | 49.80 | 2348.96 |
| Medicare | 11.65 | 549.39 |
| Federal Unemployment Tax - PA | 0 | 42.00 |
| PA state unemployment | 0 | 382.21 |
| **TOTAL:** | **$61.45** | **$3,322.56** |

### DEDUCTIONS

| DEDUCTION | CURRENT | YTD |
|---|---|---|
| **TOTAL:** | **$0.00** | **$0.00** |

### SUMMARY

| | CURRENT | YTD |
|---|---|---|
| Hours - Regular | 15.75 | 881.75 |
| Hours - Overtime | 2.25 | 28.75 |
| **Hours - Total** | **18.00** | **910.50** |
| Earnings - Regular | 661.50 | 36,107.50 |
| Earnings - Overtime | 141.75 | 1,779.00 |
| **Earnings - Total** | **803.25** | **37,886.50** |
| Taxes | 113.73 | 5642.41 |
| Deductions | 0.00 | 0.00 |
| **TOTAL:** | **$689.52** | **$32,244.09** |

### EMPLOYEE INFORMATION

| | |
|---|---|
| Social Security #: | xxx-xx-7175 |
| Federal Tax Status: | M |
| Federal Addl Withholding: | 0.00 |
| State Tax Status: | P |
| State Allowances: | |
| State Addl Withholding: | unknown |
| Pay Frequency: | Weekly |
| Job Code: | 318042 |