# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Christopher Desrocher<br>Gina McGee<br>　　　　　　　　　　Debtors<br><br>Lakeview Loan Servicing, LLC, its successors and/or assignees<br>　　　　　　　　　　Movant<br>　　　vs.<br><br>Christopher Desrocher<br>Gina McGee<br>　　　　　　　　　　Debtors<br><br>Kenneth E. West<br>　　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 23-11975 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Lakeview Loan Servicing, LLC, which was filed with the Court on or about October 2, 2023.

Dated: December 4, 2023

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　/s/Mark A. Cronin
　　　　　　　　　　　　　　　　　　　　　Mark A. Cronin, Esq.
　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　　Phone: (215) 627-1322
　　　　　　　　　　　　　　　　　　　　　mcronin@kmllawgroup.com