United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11975-mdc |
| Christopher Desrocher | Chapter 13 |
| Gina McGee | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 15, 2024 | Form ID: 155 | Total Noticed: 46 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher Desrocher, Gina McGee, 3455 W Mill Road, Hatboro, PA 19040-4536 |
| 14796194 | + | American Heritage Federal Credit Union, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 14841077 | | Pennsylvania Turnpike Commission, P.O. Box 67676, P.O. Box 67676, Harrisburg, PA 17106-7676 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14796197 | | Email/Text: collectors@arresourcesinc.com | Feb 16 2024 00:20:00 | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 14796198 | | Email/Text: collectors@arresourcesinc.com | Feb 16 2024 00:20:00 | AR Resources, Inc., Pob 1056, Blue Bell, PA 19422 |
| 14807016 | | Email/PDF: bncnotices@becket-lee.com | Feb 16 2024 00:33:27 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14796193 | + | Email/Text: broman@amhfcu.org | Feb 16 2024 00:21:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14796195 | + | Email/PDF: bncnotices@becket-lee.com | Feb 16 2024 00:48:52 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14796196 | + | Email/PDF: bncnotices@becket-lee.com | Feb 16 2024 00:33:27 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14799097 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 16 2024 00:33:42 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14796205 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 16 2024 00:20:00 | Citizens Bank, Attn: Bankruptcy, 1 Citizens Plaza,, Providence, RI 02903 |
| 14796206 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 16 2024 00:20:00 | Citizens Bank, One Citizens Bank Way, Johnston, RI 02919 |
| 14814417 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 16 2024 00:20:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 14796199 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 16 2024 00:33:24 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14796200 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 16 2024 00:33:31 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14802026 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 16 2024 00:59:46 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14796204 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 16 2024 01:10:02 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14796203 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 23-11975-mdc    Doc 48    Filed 02/17/24    Entered 02/18/24 00:27:02    Desc Imaged
                              Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 15, 2024 | Form ID: 155 | Total Noticed: 46 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 16 2024 00:47:48 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14796207 | | Email/Text: administrative@foundationfinance.com | Feb 16 2024 00:21:00 | Foundation Finance Company, Attn: Bankruptcy, Po Box 437, Schofield, WI 54476 |
| 14796208 | + | Email/Text: administrative@foundationfinance.com | Feb 16 2024 00:21:00 | Foundation Finance Company, 7802 Meadow Rock Drive, Weston, WI 54476-5262 |
| 14814557 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 16 2024 00:21:00 | Foundation Finance Company, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14796201 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 16 2024 00:33:27 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14796202 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 16 2024 00:59:45 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 14805010 | + | Email/Text: RASEBN@raslg.com | Feb 16 2024 00:20:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14806166 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 16 2024 00:59:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14797785 | ^ | MEBN | Feb 16 2024 00:10:01 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14796210 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 16 2024 00:20:00 | LoanCare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14796209 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 16 2024 00:20:00 | LoanCare LLC, Attn: Bankruptcy/Consumer Solution Dept, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 14814556 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 16 2024 00:20:00 | LoanCare, LLC, 3637 Sentara Way, Virgina Beach, VA 23452-4262 |
| 14809177 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 16 2024 00:21:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14796211 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 16 2024 00:21:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14796212 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 16 2024 00:21:00 | Midland Funding/Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 14813128 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 16 2024 00:21:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14796215 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 16 2024 00:21:00 | Navy FCU, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 14796213 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 16 2024 00:21:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14796216 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 16 2024 00:21:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14796217 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 16 2024 00:21:00 | Navy Federal Credit Union, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 14796219 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 16 2024 01:20:16 | Portfolio Recovery Associates, LLC, 140 Corporate Blvd, Norfolk, VA 23502 |
| 14796218 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 16 2024 01:09:57 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14812855 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 16 2024 00:33:14 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

| 14805847 | | Email/Text: bnc-quantum@quantum3group.com | Feb 16 2024 00:20:00 | Quantum3 Group LLC as agent for, AXIOM ACQUISITION VENTURES LLC, PO Box 788, Kirkland, WA 98083-0788 |
|---|---|---|---|---|
| 14796220 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 16 2024 00:33:40 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14796221 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 16 2024 00:47:43 | Synchrony Bank/Amazon, Po Box 71737, Philadelphia, PA 19176-1737 |
| 14796223 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 16 2024 00:33:43 | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |
| 14796222 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 16 2024 00:33:46 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 14806798 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 16 2024 00:48:37 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14796214 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2024        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Gina McGee support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Feb 15, 2024 | Form ID: 155 | Total Noticed: 46

PAUL H. YOUNG
    on behalf of Debtor Christopher Desrocher support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Christopher Desrocher and Gina McGee

       Debtor(s)                                 Chapter: 13

                                                            Bankruptcy No: 23−11975−mdc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this February 15, 2024 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                 Magdeline D. Coleman
                                                          Chief Judge, United States Bankruptcy Court

                                                                                           46 − 19
                                                                                         Form 155